IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JON H. ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>JON H. ROBERTSON and SCOTT W. ROBERTSON,<br><br>    Counterclaim/Third-Party Defendants. | JUDGMENT<br><br>Case No. 1:09-CV-0076-TS<br><br>District Judge Ted Stewart |

    Upon stipulation of the parties, and good cause having been shown, it is hereby ORDERED that the stipulation between Jon H. Robertson and the United States is approved.

    IT IS FURTHER ORDERED THAT:

    1.    All claims of Plaintiff/Counterclaim Defendant Jon H. Robertson are dismissed with prejudice.

    2.    Judgment is entered in favor of the United States and against Jon H. Robertson in the amount of $538,166.77 as of October 29, 2021, plus statutory accruals as provided by law from that date less any payments or credits.

3. Each party shall bear its own fees and costs, including attorneys' fees.

DATED this 23rd day of December, 2022.

BY THE COURT:

_____
Ted Stewart
United States District Judge
